```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JOSE HERNANDEZ,                                             :
                                                            :
                              Plaintiff,                    :
                                                            :           20-CV-787 (VSB)
                -against-                                   :
                                                            :               ORDER
BUONA NOTTE INC., et al.,                                   :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/21/2021

VERNON S. BRODERICK, United States District Judge:

On January 29, 2020, Plaintiff filed this action against Defendants Buona Notte Inc. and 120 Mulberry Street LLC. (Doc. 1.) Plaintiff obtained a summons on January 30, 2020. (Doc. 4.) On June 16, 2020, because Plaintiff had not filed an affidavit of service or taken any other action to prosecute this case, I ordered Plaintiff to submit a letter by June 30, 2020 demonstrating good cause as to why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m). (Doc. 5.) Plaintiff never responded. Accordingly, it is hereby:

ORDERED that, pursuant to Federal Rule of Civil Procedure 4(m), this action is dismissed without prejudice. The Clerk of Court is respectfully directed to terminate this action.

SO ORDERED.

Dated: July 21, 2021
       New York, New York

_____
VERNON S. BRODERICK
United States District Judge